**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                       Criminal No. 11-mj-017-02-LM

<u>Dorbor Nyonee</u>

<u>**O R D E R**</u>

On September 2, 2011, the defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148. Defendant contested revocation and sought release. United States Probation Officer Timothy J. Brown testified at the hearing. Following the hearing, the court issued its ruling orally from the bench and explained in detail the basis for the court's decision to revoke defendant's bail. For all of the reasons stated on the record, and based on the evidence presented at the hearing, the court found that revocation of defendant's bail was warranted under either 18 U.S.C. § 3148(1)(A) or (B). The court further found that defendant is unlikely to abide by any condition or combination of conditions of release, 18 U.S.C. § 3148(a)(2)(B), and that detention is warranted. The conditions of release are revoked.

Accordingly, it is **ORDERED** that the defendant be detained. The defendant is committed to the custody of the Attorney

1

General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    **SO ORDERED.**

_____
Landya B. McCafferty
United States Magistrate Judge

Date:  September 8, 2011

cc:  Glenn G. Geiger, Esq.
     William E. Morse, Esq.
     U.S. Probation
     U.S. Marshal